DOUVILLE<br>*v.*<br>SUN INS. CO.

---

### HENRY BOYLE *v.* SUCCESSION OF ANDREW LEITCH.

The ownership of real estate can only be established by a written title.

APPEAL from the Second District Court of New Orleans, *Morgan*, J. *Elmore & King*, for plaintiff and appellant. *Durant & Hornor*, for defendant.

BUCHANAN, J. *John J. E. Massicot* sold to *Andrew Leitch*, on the 7th of June, 1851, by notarial act, a lot of ground in Conti street, between Villeré and Robertson, for a price payable partly in cash and partly in notes of *Leitch* endorsed by *Andrew Huey*.

It appears that *Leitch* was in partnership in the draying business with *Huey*. A building was put upon the lot in question, which was paid for by *Leitch & Huey*. *Leitch* died in September, 1853.

BOYLE
v.
LEITCH.

The plaintiff, assignee of *Huey*, brings this suit against *Leitch's* widow and administratrix for one-half of the lot and building.

The building contract and receipts for payments on the same, in the name of *Leitch & Huey*, were offered in evidence by plaintiff, for the purpose of proving the ownership of the lot. They were properly rejected by the court. The transfer of real estate can only be shown by a written title. C. C. 2255 ; *Heiss* v. *Cronan*, 12 An. 213.

Judgment affirmed, with costs.